# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL LEFFRIDGE, JR., an individual; MARSHA LEFFRIDGE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO.  EDCV14-1940 JAK (KKx)<br><br>**JUDGMENT**  JS-6 |

The Motion for Summary Judgment of Defendants Nationstar Mortgage LLC's ("Nationstar") and Mortgage Electronic Registration Systems, Inc.'s ("MERS") (collectively, "Defendants") was granted as to all claims brought by Plaintiff. Therefore,

IT IS HEREBY ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs as to all of the claims asserted by Plaintiffs.  Plaintiffs shall recover nothing against Defendants.

Dated:  December 8, 2015

*/s/ John A. Kronstadt*
Hon. John A. Kronstadt
United States District Judge