# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL LEFFRIDGE, JR., an individual; MARSHA LEFFRIDGE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. ED CV14-1940 JAK (KKx)<br>JUDGE: Hon. John A. Kronstadt<br>CTRM: 750<br><br>**FIRST AMENDED JUDGMENT**<br><br>**JS-6**<br><br>Action Filed: August 19, 2014<br>Action Removed: September 18, 2014 |

    The Motion for Summary Judgment of Defendants Nationstar Mortgage LLC's ("Nationstar") and Mortgage Electronic Registration Systems, Inc.'s ("MERS") (collectively, "Defendants") was granted as to all claims brought by Plaintiff. Subsequently, the Defendants' Motion for Attorney's Fees was granted in part. Therefore,

    IT IS HEREBY ORDERED that Judgement is entered in favor of Defendants and against Plaintiffs as to all claims asserted by Plaintiffs. Plaintiffs shall recover nothing against Defendants.

/ / /

1
2    IT IS HEREBY FURTHER ORDERED that Defendants are awarded
3 $38,427.50 in attorney's fees as against Plaintiffs.
4
5
6 Dated:   November 17, 2016
7                                                                           **John A. Kronstadt**
                                                                             **United States District Judge**
8
9
10
...
28

2